MEMORANDUM OPINION




No. 04-04-00523-CV



IN RE GIGNAC & ASSOCIATES



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: July 28, 2004


PETITION FOR WRIT OF MANDAMUS DENIED

 On July 22, 2004, relator filed a petition for writ of mandamus. This court has determined that
the relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App. P.
52.8(a). 

 PER CURIAM


1. This proceeding arises out of Cause No. CC-02-132, styled Jim Hogg County Independent School District
v. D. Wilson Construction Co., Victoria Air Conditioning, Ltd., and Raymond Gignac d/b/a Gignac & Associates,
pending in the 229th Judicial District Court, Jim Hogg County, Texas, the Honorable Alex W. Gabert presiding.